# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 19-02592 |
| Alexis C Payton ) | Chapter 13 |
| ) | Judge: Pamela S. Hollis |
| Debtor ) | |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

Alexis C Payton
25200 W St. Elizabeth St.
Apt 1A
Channahon, IL  60410

DAVID M SIEGEL
790 CHADDICK DR
WHEELING, IL  60090

Please take notice that on April 05, 2019 at 11:30 am, a representative of this office shall appear before the Honorable Judge Pamela S. Hollis, at the Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, IL  60432 and present the motion set forth below.  **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

I certify that this office caused a copy of this notice to be delivered to the above listed debtor by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on March 29, 2019.

/s/   Marifran Smith
FOR: Glenn Stearns, Chapter 13 Trustee

## MOTION TO DISMISS FOR UNREASONABLE DELAY AND FAILURE TO MAKE PLAN PAYMENTS

   Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to 11 U.S.C. Section 1307 (c) and in support thereof, states the following:

1. The Debtor filed a petition under Chapter 13 on Thursday, January 31, 2019.
2. The Debtor has failed to:
    a. Provide proof of filing tax returns for 2016, 2015, 2014.
    b. Conclude the regularly scheduled Section 341 Creditor Meeting.
    c. Commence making timely plan payments.
3. As a result, the Debtor has failed to comply with the Bankruptcy Code and has caused an unreasonable delay that is prejudicial to creditors.

   WHEREFORE,  the Trustee prays this case be dismissed for cause pursuant to Section 1307 (c).

Respectfully Submitted;

/s/   Gerald Mylander
FOR: Glenn Stearns, Chapter 13 Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350